Dismissed and Memorandum Opinion filed May 8, 2008








Dismissed
and Memorandum Opinion filed May 8, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00157-CV

____________

 

MELISSA RAMON, Appellant

 

V.

 

ALAN H. WHITE and ELIZABETH JOLENE CORNELIUS, Appellees

 



 

On Appeal from the 312th District Court 

Harris County,
Texas

Trial Court Cause
No. 2006-55709

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from an order signed February 8, 2008.  On April 10, 2008, this court
ordered the parties to mediate the case.  On May 2, 2008, appellant filed a
motion to dismiss the appeal.   See Tex.
R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed May 8,
2008.

Panel consists of Chief Justice Hedges and Justices
Fowler and Boyce.